IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMAS J. LOVE, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action. No. 25-499-JLH |
| OFFICER DEVAN WILLIAMS, | : | |
| Defendant. | : | |

**MEMORANDUM ORDER**

At Wilmington, this 3rd day of November 2026, having considered Plaintiff's motions for issuance of subpoenas (D.I. 42, 46),

IT IS HEREBY ORDERED as follows:

1. Plaintiff Thomas Love, an inmate at Howard R. Young Correctional Institution, filed this action pursuant to 42 U.S.C. § 1983. Plaintiff appears *pro se* and has been granted leave to proceed *in forma pauperis*. (D.I. 5). The operative pleading is the Complaint and the remaining defendant is Officer Devan Williams. (D.I. 3, 40). In this case, Plaintiff seeks damages under § 1983 for injuries that he allegedly sustained in connection with his arrest on January 5, 2020.

2. Plaintiff seeks issuance of subpoenas from Defendant and non-defendants. The proper method to obtain discovery from a defendant is set forth in the Federal Rules of Civil Procedure. As to non-defendants, Plaintiff must pay the fees required to serve a subpoena. *See* Fed. R. Civ. P. 45.

3. Plaintiff moves the court for issuance of a subpoena to obtain his medical records from Vital Core at HRYCI. (D.I. 42). Plaintiff should have access to his complete medical records

at the institution where he is currently incarcerated and can receive a copy of all such records from the medical records office.

4. Plaintiff seeks a subpoena to Christiana Care for his medical records from Christiana Care Emergency Room in Newark, Delaware on January 5-6, 2020. (D.I. 42). To the extent Defendant has in his possession Plaintiff's relevant medical records from Christiana Care Emergency Room, he is directed to produce the records to Plaintiff on or before December 3, 2026.

5. Plaintiff submitted three additional subpoenas to the Court for issuance. Two subpoenas are directed to police officers Eric White and Zachary Kapa, respectively, for body camera footage and police reports from plaintiff's arrest on January 5, 2020, and personnel files (D.I. 42); the third subpoena (D.I. 46) is directed to New Castle County Division of Police for Officer Devan Williams personnel file. The parties shall confer as soon as practicable regarding the documents, electronically stored information, and things sought by Plaintiff by these subpoenas. On or before December 3, 2026, Defendant shall advise this Court whether the documents, electronically stored information, and things sought by Plaintiff were produced to him through discovery.

6. Therefore, Plaintiff's motions for issuance of subpoenas (D.I. 42, 46), are DENIED without prejudice. Plaintiff may renew his request for issuance of subpoenas to non-parties once the parties have complied with Paragraph 5.

The Honorable Jennifer L. Hall
United States District Judge